# Court of Appeals
# of the State of Georgia

ATLANTA,  May 23, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0622. MARIO R. SULLIVAN v. THE STATE.**

On September 15, 2021, we granted Mario R. Sullivan's application for discretionary appeal from the trial court's order denying his motion for an out-of-time appeal. See *Sullivan v. State*, Case No. A22D0047 (decided September 15, 2021). Our order directed that Sullivan had ten days from the date of the order to file a notice of appeal. See OCGA § 5-6-35 (g). Sullivan filed a notice of appeal on September 28, 2021, which was 13 days after our order was issued.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *White v. White*, 188 Ga. App. 556, 556 (373 SE2d 824) (1988). Because Sullivan failed to file a notice of appeal within 10 days of our order granting the discretionary application, the notice of appeal is untimely. Accordingly, this appeal is DISMISSED for lack of jurisdiction. See OCGA § 5-6-48 (b) (1); *Barnes v. Justis*, 223 Ga. App. 671, 671-672 (478 SE2d 402) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/23/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*